NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

KARI FAMBRO,                          )
                                      )
            Appellant,                )
                                      )
v.                                    )          Case No. 2D18-1855
                                      )
DEBORAH FAMBRO and JOHN               )
DICKSON,                              )
                                      )
            Appellees.                )
_____  )

Opinion filed February 22, 2019.

Appeal pursuant to Fla. R. App. P.
9.130 from the Circuit Court for Pinellas
County; James Pierce, Judge.

Lawrence P. Cartelli of Lawrence P.
Cartelli, P.A., Tavares, for Appellant.

Jane H. Grossman, St. Petersburg, for
Appellee Deborah Fambro.

No appearance for remaining Appellee.


PER CURIAM.

            Affirmed.


SILBERMAN, SALARIO, and ATKINSON, JJ., Concur.